

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00449-CV

**TEXAS DEPARTMENT OF INSURANCE – DIVISION OF WORKERS' COMPENSATION**,
Appellant

v.

Ronald **MENSCH**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-02326
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order Denying Plea to the Jurisdiction filed by the Texas Department of Insurance, Division of Workers' Compensation is REVERSED and judgment is RENDERED dismissing Ronald Mensch's claims against the Texas Department of Insurance, Division of Workers' Compensation.

For good cause, costs of appeal are assessed against the party that incurred them. TEX. R. APP. P. 43.4.

SIGNED January 14, 2015.

Sandee Bryan Marion, Chief Justice